# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**SEAN REILLY,**

    **Plaintiff,**

vs.                                         **CASE NO. 1:09CV233-SPM/AK**

**FLORIDA STATE UNIVERSITY, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this suit initially as an incarcerated person bringing a civil rights action as a prisoner under 42 U.S.C. §1983. (Doc. 1). He has since advised the Court that he is now free-world. (Doc. 4). Plaintiff also filed two duplicate amended complaints and a motion for leave to proceed in forma pauperis none of which are on proper forms. (Docs. 2, 3 and 5).

Plaintiff alleges that a professor and teaching assistant at Florida State University were negligent resulting in injuries to his face from a chemical accident during an organic chemistry class he took there in 2005.

A district court should review subject matter jurisdiction sua sponte, and shall dismiss an action "whenever it appears" that the court lacks subject matter jurisdiction. Rule 12(h)(3), Federal Rules of Civil Procedure; Blue Cross & Blue Shield of Alabama, 138 F.3d 1347 (11th Cir. 1998); and Bell v. Hood, 327 U.S. 678 (1946). Plaintiff alleges no constitutional or federal law claims.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint (doc. 1) and all proposed amendments thereto (docs. 4 and 5) be **DISMISSED** with prejudice for lack of subject matter jurisdiction.

**IN CHAMBERS** at Gainesville, Florida, this  *1st*  day of December, 2009.

       *s/ A. KORNBLUM*
       **ALLAN KORNBLUM**
       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**