IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SEAN REILLY,

    Plaintiff,

v.                                       CASE NO. 1:09cv233-SPM/AK

FLORIDA STATE UNIVERSITY,
et al.,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 12) dated December 1, 2009. Plaintiff was furnished a copy, and has filed objections (doc. 14) and a second amended motion for leave to proceed in forma pauperis (doc. 13).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Plaintiff's claims do not fall within the subject matter jurisdiction of this federal Court. Accordingly it is

ORDERED AND ADJUDGED:

1.     The report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. This case is dismissed for lack of subject matter jurisdiction. The dismissal is without prejudice to Plaintiff's opportunity to file his claims with the state court.

3. The second amended motion for leave to proceed in forma pauperis (doc. 13) is denied as moot.

DONE AND ORDERED this 23rd day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge